## Commonwealth *v.* Wideman, Appellant.

Argued December 12, 1967.

*Harry O. Boreth,* for appellant; *Welsh S. White,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Winters, Appellant.

Submitted December 11, 1967. *P. Richard Klein,* and *Corliss & Klein,* for appellant; *M. Joseph Melody,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.